SULLIVAN LAW
A Professional Corporation
J. D. SULLIVAN, NV Bar No. 5516
GENE M. KAUFMANN, NV Bar No. 6704
1625 Highway 88, Suite 401
Minden, Nevada 89423

Telephone:  (775) 782-6915
Telecopier: (775) 782-3439

Attorneys for Plaintiffs
VIOLA WILLIAMSON and JAMES WILLIAMSON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIOLA WILLIAMSON, an individual; and JAMES WILLIAMSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CARLOS MALDONADO and CECILIA ARZATE-DEMALDONADO; husband and wife; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a private mutual insurance company; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____/ | **No.:  2:11-cv-00352-RLH-CWH**<br><br>**PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT NOVEMBER 18, 2011 HEARING** |

COME NOW, Plaintiffs VIOLA WILLIAMSON and JAMES WILLIAMSON, by and through their undersigned counsel of record, to request that the Court allow Plaintiffs' counsel, J. D. SULLIVAN or GENE M. KAUFMANN of SULLIVAN LAW, to appear telephonically at the

///

///

///

1  hearing on Defendant State Farm's Motion to Transfer Venue,

2  scheduled for November 18, 2011 at 4:00 p.m., before Magistrate

3  Judge Carl W. Hoffman.

4  Dated:   November 1, 2011             Sullivan Law
                                         A Professional Corporation
5

6                                  By:   /s/ Gene M. Kaufmann

7                                        Attorneys for Plaintiffs, VIOLA
                                         WILLIAMSON and JAMES WILLIAMSON
8

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   November 2, 2011

- 2 -

1 | CERTIFICATE OF ELECTRONIC SERVICE AND ATTESTATION TO CONSENT

2 | The undersigned Filing User hereby certifies that the within
3 | document was served upon all parties, through their counsel of
4 | record herein, who are each Filing Users under the court's ECF
5 | system.  The undersigned also attests that each Filing User, whose
6 | electronic signature appears above, has consented to the
7 | foregoing.

8 | Dated:  November 1, 2011          Sullivan Law
                                       A Professional Corporation
9 |
10 |                             By:  /s/ Gene M. Kaufmann
11 |                                  Attorneys for Plaintiffs, VIOLA
                                       WILLIAMSON and JAMES WILLIAMSON