SULLIVAN LAW
A Professional Corporation
J. D. SULLIVAN, NV Bar No. 5516
GENE M. KAUFMANN, NV Bar No. 6704
1625 Highway 88, Suite 401
Minden, Nevada 89423

Telephone:  (775) 782-6915
Telecopier: (775) 782-3439

Attorneys for Plaintiffs
VIOLA WILLIAMSON and JAMES WILLIAMSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIOLA WILLIAMSON, an individual; and JAMES WILLIAMSON, an individual,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CARLOS MALDONADO and CECILIA ARZATE-DEMALDONADO; husband and wife; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a private mutual insurance company; and DOES 1 through 50, inclusive,<br><br>                    Defendants.<br>_____/ | **No.:  2:11-cv-00352-RLH-CWH**<br><br>**PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT NOVEMBER 18, 2011 HEARING** |

   COME NOW, Plaintiffs VIOLA WILLIAMSON and JAMES WILLIAMSON, by and through their undersigned counsel of record, to request that the Court allow Plaintiffs' counsel, J. D. SULLIVAN or GENE M. KAUFMANN of SULLIVAN LAW, to appear telephonically at the

///

///

///

1 | hearing on Defendant State Farm's Motion to Transfer Venue,
2 | scheduled for November 18, 2011 at 4:00 p.m., before Magistrate
3 | Judge Carl W. Hoffman.

4 | Dated:  November 1, 2011              Sullivan Law
                                           A Professional Corporation
5 |
6 |                                  By:   /s/ Gene M. Kaufmann
7 |                                        Attorneys for Plaintiffs, VIOLA
                                           WILLIAMSON and JAMES WILLIAMSON

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   November 2, 2011

- 2 -

CERTIFICATE OF ELECTRONIC SERVICE AND ATTESTATION TO CONSENT

The undersigned Filing User hereby certifies that the within document was served upon all parties, through their counsel of record herein, who are each Filing Users under the court's ECF system.  The undersigned also attests that each Filing User, whose electronic signature appears above, has consented to the foregoing.

Dated:  November 1, 2011          Sullivan Law
                                  A Professional Corporation

                             By:  /s/ Gene M. Kaufmann

                                  Attorneys for Plaintiffs, VIOLA
                                  WILLIAMSON and JAMES WILLIAMSON